UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 6 2007
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| BENJAMIN LUCERO CANO, ) | |
| Institutional ID No. 34330-177, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 5:06-CV-0142-J |
| GEO GROUP INC., *et al.*, ) | ECF |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff filed this civil rights complaint against Defendants pursuant to 42 U.S.C. § 1983. The United States Magistrate Judge filed her Report and Recommendation on November 17, 2006. No written objections have been filed. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and numbered cause is hereby dismissed with prejudice.

Signed this 16th day of January, 2007.

_____
Mary Lou Robinson
United States District Judge